UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20037-GARBER

TRUSTEES OF THE ACRA LOCAL
725 PENSION TRUST FUND, et al.,

    Plaintiffs,

v.

MAR'S CONTRACTORS, INC.,
a Florida corporation,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court upon Plaintiffs' Motion to Compel Post-Judgment Deposition of Marcus A. Riggins, and the Court having reviewed same and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED**, that Plaintiffs' Motion is hereby GRANTED. Deponent, MARCUS A. RIGGINS, individually and/or through Defendant's counsel, is hereby ordered to immediately contact Plaintiffs' counsel, RICHARD M. WEINER, ESQ., whose telephone number is (954) 321-1815, to schedule the conduct of his deposition.

Deponent and Defendant are hereby apprised that upon this Court's receipt of notice from Plaintiffs' counsel of non-compliance with this Order may result in this Court's finding Deponent and Defendant to be in contempt hereof.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of January, 2007.

                                          BARRY L. GARBER
                                          UNITED STATES MAGISTRATE JUDGE